## IN THE SUPREME COURT OF THE STATE OF NEVADA

A CAB, LLC, A NEVADA LIMITED
LIABILITY COMPANY; AND
CREIGHTON J NADY, AN
INDIVIDUAL,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
KENNETH C. CORY, DISTRICT
JUDGE,
Respondents,
and
MICHAEL MURRAY; AND MICHAEL
RENO, INDIVIDUALLY AND ON
BEHALF OF OTHERS SIMILARLY
SITUATED,
Real Parties in Interest.

No. 73326

**FILED**

SEP 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a motion for judgment on the pleadings and tolling the statute of limitations for certain plaintiffs in a minimum wage matter.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted, as petitioner has an adequate legal remedy available in the form of an appeal from the final judgment. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991); *see also Moore v. Eighth Judicial Dist. Court*, 96 Nev. 415, 416-17, 610 P.2d 188, 189

17-31591

(1980) (declining to issue writ relief when doing so would not resolve the case). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Kenneth C. Cory, District Judge
Rodriguez Law Offices, P.C.
Hutchison & Steffen, LLC
Leon Greenberg Professional Corporation
Hejmanowski & McCrea LLC
Eighth District Court Clerk